United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**               CR 06-162-R
Defendant **FADI KOURANI**                    Social Security # -------0252

Residence: Metropolitan Detention Center      Mailing:  SAME
           535 North Alameda Street
           Los Angeles, CA 90012

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person, on: SEPTEMBER 25, 2006
                    Month / Day / Year

COUNSEL:
   ____ WITHOUT COUNSEL
   However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
   XX  WITH COUNSEL Kim Savo DFPD

XX PLEA:
   XX GUILTY, and the Court being satisfied that there is a factual basis for the plea.
   ____ NOLO CONTENDERE            ____ NOT GUILTY

FINDING:
   There being a jury verdict of _____ GUILTY, defendant has been convicted as charged of the offense(s) of: Possession of 15 or more unauthorized access devices in violation of Title 18 USC 1029(a)(3) as charged in count 1; Aggravated identity theft in violation of 18 USC 1028A as charged in count 2 of the indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:

   Forty-eight (48) months, consisting of twenty-four (24) months on count 1 and twenty-four (24) months on count 2, to be served consecutively.
   IT IS FURTHER ADJUDGED that defendant shall be placed on supervised release for three (3) years on count 1 and one (1) year on count 2, to be served concurrently, under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall during the period of community supervision pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 3) shall comply with the immigration rules and regulations of the United States, and if deported from this country either voluntarily or involuntarily, shall not reenter the United States illegally, and while residing outside of the United States the defendant is not required to report to the Probation Office, however, shall, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, report for instructions to the U. S. Probation Office located at the

-- GO TO PAGE TWO --

_____
Deputy Clerk

======================================================================
### JUDGMENT AND PROBATION/COMMITMENT ORDER
======================================================================

United States Court House, 312 North Spring Street, Room 600, Los Angeles, Ca 90012; 4) shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification without the prior written approval of the Probation Officer, and shall not use, for any purpose or in any manner, any name other than his true legal name; 5) shall cooperate in the collection of a DNA sample from the defendant.

IT IS FURTHER ORDERED that all fines are waived.

IT IS FURTHER ORDERED that defendant pay a special assessment of $200.00, which is due immediately.

IT IS FURTHED ORDERED that defendant shall pay restitution in the total amount of $189,622.99 to victims as set forth in a separate victim list prepared by the Probation Office which this Court adopts and which reflects the Court's determination of the amount of restitution due to each victim. The victim list, which shall be forwarded to the fiscal section of the clerk's office, shall remain confidential to protect the privacy interests of the victims. The defendant shall make payments in such amounts and increments as shall be determined by the Probation Officer.

IT IS FURTHER ORDERED that any remaining counts as to this defendant are dismissed.

IT IS FURTHER ORDERED upon release from imprisonment the defendant shall be delivered to agents of the Immigration Department of the United States for determination of his status in this country.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge _____

**MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk of Court

Dated/Filed  **Sept. 26, 2006**          By _____
             Month / Day / Year              William Horrell, Deputy Clerk